# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2013

*The Court of Appeals hereby passes the following order:*

### A14A0182.  THERESA D. BROWN-DOONQUAH v. ROYAL BROS. CONSTRUCTION, LLC.

On January 12, 2010, the trial court entered an order granting summary judgment to the defendant in this civil action. On June 13, 2013, plaintiff Theresa D. Brown-Doonquah filed a notice of appeal to this Court.  We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Brown-Doonquah filed her notice of appeal more than three years after entry of the order she seeks to appeal, it is untimely, and it is hereby DISMISSED for lack of jurisdiction.[1]

---

[1] In her notice of appeal, Brown-Doonquah states that she only recently received notice of the trial court's order.  Regardless of the reason, however, this Court is without jurisdiction to consider an untimely appeal. See *Atlantic- Canadian Corp. v. Hammer, Siler, George Assoc., Inc.*, 167 Ga. App. 257, 257-258 (1) (306 SE2d 22) (1983). If Brown-Doonquah's appeal rights have been frustrated due to the trial court's failure to notify her of its ruling, her remedy is to seek to have the order set aside and re-entered in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 10/08/2013

      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*